CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy



**FILED**
APR 29 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - San Jose

| In re: | Case No. **08-54924** |
|---|---|
| **NGUYEN, LINH T** <br> **HO, VINH** <br><br> Debtor(s) | Chapter 7 <br><br> **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,768.24. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| SURPLUS | Linh T. Nguyen & Vinh Ho <br> c/o Drew Henwood, Esq. <br> 93 Devine Street, Suite 100 <br> San Jose, CA 95110 | 1,768.24 | 1,768.24 |

Total Unclaimed Dividends: $1,768.24

Dated: April 26, 2011

CAROL W. WU, TRUSTEE